**Order entered September 9, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00452-CR**
**No. 05-22-00453-CR**

**DARIUS GRANT WILSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 416-81772-2021 & 416-81774-2021**

**ORDER**

Before the Court is appellant's September 6, 2022 second motion to extend the time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed by October 6, 2022.

/s/     BILL PEDERSEN, III
        JUSTICE